UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

WILLIAM SEGADE HERRERA,

Petitioner,

v.                                                    CAUSE NO. 3:26-CV-441-DRL-SJF

BRIAN ENGLISH,

Respondent.

ORDER

William Segade Herrera, an immigration detainee representing himself, was granted until May 25, 2026, to file an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 because his initial petition did not provide a basis for the court to find that his detention is unlawful. ECF 3. He was cautioned that if he did not respond, this case would be dismissed without further notice. The deadline has passed with no response.

For these reasons, the court DENIES the petition pursuant to Section 2254 Habeas Corpus Rule 4 and DIRECTS the clerk to close this case.

SO ORDERED.

June 17, 2026                                    *s/ Damon R. Leichty*
                                                 Judge, United States District Court